■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WALKER, Also Known as ENNET BROWN, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County, rendered June 22, 1976, convicting him of criminal possession of a forged instrument in the second degree and speeding, upon his plea of guilty, and imposing sentence. Case remitted to the County Court to hear and report on whether defendant was denied his right to a speedy trial (see CPL 30.30), and appeal held in abeyance in the interim. Suozzi, J. P., Gulotta, Shapiro and Margett, JJ., concur.